UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASHLEY HART,

       Plaintiff,

v.                         Case No. Case 3:14-cv-00983-TJC-JBT

AMERICAN MEDICAL COLLECTION AGENCY,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

      NOW COMES the Plaintiff, ASHLEY HART, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

      Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                       RESPECTFULLY SUBMITTED,

                                       By:  /s/ Shireen Hormozdi
                                             Shireen Hormozdi
                                             Krohn & Moss, Ltd
                                             10474 Santa Monica Blvd., Suite 401
                                             Los Angeles, CA 90025
                                             Phone:  (323) 988-2400 ext. 267
                                             Fax:    (866) 802-0021
                                             Attorney for Plaintiff
                                             FBN: 0882461

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
