UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASHLEY HART,

    Plaintiff,

v.   Case No. 3:14-cv-983-J-32JBT

AMERICAN MEDICAL
COLLECTION AGENCY,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal With Prejudice (Doc. 26), filed on October 6, 2015, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of October, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record